UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-102 (MJD)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | *OLD CHIEF* STIPULATION |
| v. )<br>) | |
| LAFAYETTE DEANDRE VAN, )<br>)<br>Defendant. ) | |

Pursuant to the holding in *Old Chief v. United States*, 519 U.S. 172, 117 S.Ct. 644 (1997), the defendant Lafayette Deandre Van stipulates that prior to November 28, 2006, he had been convicted of an offense punishable by a term of imprisonment exceeding one year, and was thus prohibited from possessing a firearm.

Dated:    July 31, 2007

Respectfully submitted,

*s/ Andrea K. George*

_____
ANDREA K. GEORGE
Attorney No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415