UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-102 (MJD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO REDACT THE |
| v. | ) | INDICTMENT |
| | ) | |
| LAFAYETTE DEANDRE VAN, | ) | |
| | ) | |
| Defendant. | ) | |

Given the *Old Chief* stipulation filed by the defendant, he moves this Court to redact the indictment to exclude the prejudicial language contained therein.

Dated:     July 31, 2007

Respectfully submitted,

*s/ Andrea K. George*

_____
ANDREA K. GEORGE
Attorney No. 202125
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415